AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Raul Botello | ) | |
| Stacy Leann Villanueva | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 9, 2024___ in the county of ___Webb___ in the ___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 932(b) | Straw Purchasing Firearms |

This criminal complaint is based on these facts:

See Attached Sheet.

☑ Continued on the attached sheet.

/s/ Miguel Rodriguez
_____
*Complainant's signature*

Miguel Rodriguz, ATF Task Force Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state:     Laredo, Texas          Diana Song Quiroga, U.S. Magistrate Judge
_____
*Printed name and title*

+

Attachment A

1.  On September 9, 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) received information revealing Raul BOTELLO and Stacey Leeann VILLANUEVA had attempted to purchase a firearm from a Federal Firearms Licensed (FFL) dealer.  The transaction was denied by FFL dealer employees due to BOTELLO and VILLANUEVA's suspicious behavior during the encounter.

2.  The FFL dealer reported the incident to ATF agents after discovering BOTELLO and VILLANUEVA had visited at least two locations owned by the same dealer on the same day.

3.  Shortly after receiving the information, ATF agents were notified of BOTELLO and VILLANUEVA's arrival at a third location owned by the same dealer.  Information was relayed to ATF agents that VILLANUEVA had attempted to purchase another firearm.

4.  During the same encounter, information collected by ATF agents indicated BOTELLO and VILLANUEVA modified their purchase technique by attempting to portray themselves as individual shopping patrons by entering the building at different times and not engaging in conversation.  Surveillance video obtained from the location displayed BOTELLO and VILLANUEVA appeared to not be interacting with each other during the firearms transaction.  As VILLANUEVA filled out the firearms transaction record form, BOTELLO was seen handling and in possession of a handgun from the firearm display case.

5.  ATF agents then setup surveillance around the immediate location and conducted law enforcement database queries on BOTELLO and VILLANUEVA.  ATF agents discovered BOTELLO is a convicted felon out of the 341st District Court in Laredo, Texas, for unlawfully carrying a weapon on alcohol premises – Felony 3rd.

6.  While on surveillance, ATF agents observed VILLANUEVA exited the FFL alone holding what appeared to be a black handgun case in her hand and enter a black sedan. Shortly after, the vehicle became mobile.

7.  Mobile surveillance team maintained visual of the black sedan until an officer assigned to the Laredo Police Department (LPD) observed a moving traffic violation and conducted a traffic stop at the intersection of Jefferson St and San Bernardo Ave in Laredo, TX.

8.  During traffic stop, it was discovered that BOTELLO had an active warrant and was detained by LPD.  Based on the totality of the circumstances, BOTELLO and VILLANUEVA were detained by ATF agents for suspicion of straw purchasing a

firearm.  Inside the vehicle, ATF agents discovered a Taurus GX4, 9mm, pistol bearing Serial Number 1GC26166.

9.  BOTELLO and VILLANUEVA were transported to the ATF Laredo Field Office for further questioning.  During their interviews and after signing their Miranda waivers, VILLANUEVA admitted to investigators to purchasing the firearm for BOTELLO and being paid $50.00 USD for the transaction by BOTELLO.  VILLANUEVA also admitted to listing a previous address where she no longer resides on the firearm transaction record form.  BOTELLO admitted he knew he was a convicted felon and admitted he handled at least one firearm while VILLANUEVA completed the firearm transaction form.

10. ATF agents performed a preliminary examination of the firearm and found that it affected interstate commerce.